No. 97–9595. WILSON v. WASHINGTON, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied.

No. 97–9596. CRENSHAW v. KANSAS (two judgments). Ct. App. Kan. Certiorari denied.

No. 97–9597. BRYANT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–9598. FULTON v. WHITLEY CIRCUIT COURT ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–9599. GUAY v. STEGALL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 97–9600. FRANKLIN v. GAMMON, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–9601. FAIRBANK v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 97–9602. HAWKINS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 97–9603. WHALEY v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–9604. TOBIAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–9605. WRINKLES v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 97–9606. HIGGINS v. ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–9607. DAVIS v. CAMPBELL, COMMISSIONER, TENNESSEE DEPARTMENT OF CORRECTION. C. A. 6th Cir. Certiorari denied.